THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v. PETER CELLA, Appellant.—

Present — Hill, P. J., Crapser, Heffernan, Schenck and Foster, JJ.

MERWYN ROMEYN, an Infant, by HARLAN ROMEYN, His Guardian ad Litem, Respondent, v. PENFIELD PETROLEUM PRODUCTS, INC., et al., Appellants.—

Present — Hill, P. J., Crapser, Heffernan, Schenck and Foster, JJ.

SARAH M. O'BRIEN, as Administratrix of the Estate of THOMAS F. O'BRIEN, Deceased, Respondent, v. B. H. TRANSPORTATION COMPANY, INC., et al., Appellants.—

Present — Hill, P. J., Bliss, Heffernan, Schenck and Foster, JJ.

PETER DUCHESSI, Respondent, v. DOMINIC D'ALESANDRO et al., Appellants.—

Present —Hill, P. J., Crapser, Bliss, Heffernan and Schenck, JJ.

In the Matter of CHESTER A. OSBORN, Respondent. PLEASURELAND ESTATES, INC., Appellant.—

Hill, P. J., Crapser, Bliss, Heffernan and Schenck, JJ., concur.

In the Matter of HENRIETTA L. OPPENHEIM et al., Appellants. DORA TREVAS, Respondent.

The relief asked for by the petitioner as to the opening of the Torrens proceeding has never been